IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELVEN J. SWISHER, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CR-07-182-S-BLW <br><br> **MEMORANDUM DECISION** <br> **AND ORDER** |

**MEMORANDUM DECISION**

The Court has before it a motion to compel and a motion to continue the trial, both filed by defendant. The Court finds that the Government has complied with its duties under Rule 16 and *Brady*. Accordingly, the motion to compel will be denied.

With regard to the motion to continue, the defendant asserts that he needs additional time to examine 300 documents that were provided on March 14, 2008, and to allow the Court to resolve the motion to compel. The Court has now denied the motion to compel, so that will not be a factor.

The document production is not so large that it requires a continuance. The defendant notes that he already has 3,000 documents to review, but he has had those for almost 4 months. That cannot constitute a justification for a continuance.

**Memorandum Decision and Order – Page 1**

This matter has already been continued three times, and a fourth continuance would place the trial on a date about a year after the indictment filing date. One factor the Court must consider is the public interest in the prompt disposition of criminal proceedings. *United States v. Martinez-Martinez*, 369 F.3d 1076, 1085 (9th Cir. 2004). That public interest is not served by granting a fourth continuance in this case and delaying trial up to a year after the indictment was filed.

Certainly the Court must also allow the defendants sufficient time to prepare an adequate defense. But that time has been provided in this case. After weighing all the interests in this case, the Court concludes that the motion must be denied.

## ORDER

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to compel

(Docket No. 29) and the motion to continue (Docket No. 26) are DENIED.



DATED: **March 25, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision and Order – Page 3**