IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR-07-182-S-BLW |
| Plaintiff, ) | |
| ) | **MEMORANDUM DECISION** |
| v. ) | **AND ORDER** |
| ) | |
| ELVEN J. SWISHER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The trial in this case is currently set for March 31, 2008. The Court finds that due to a conflict with another criminal trial, the trial in this case must be reset for April 4, 2008. The Court finds that the new trial setting is within the time allotted by the Speedy Trial Act, and thus no additional finding of excludable time is necessary.

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of March 31, 2008, is VACATED and that a new trial date is set for **April 4, 2008, at 9:00 a.m.** in the James A. McClure Federal Building and U.S. Courthouse in

Boise Idaho.



DATED: **March 26, 2008**

B. LYNN WINMILL
Chief Judge
United States District Court